# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**HAIJIA WU**,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-3301

[August 30, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; John D. Fry, Judge; L.T. Case No. 21-012098MU10A.

Gordon Weekes, Public Defender, and Sarah Sandler, Assistant Public Defender, Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Rachael Kaiman, Assistant Attorney General, West Palm Beach, for appellee.

### *ON CONFESSION OF ERROR*

PER CURIAM.

Haijia Wu appeals her conviction for driving under the influence. The State concedes error on a dispositive issue. The State agrees it failed to present sufficient evidence that the officer had reasonable suspicion to stop her car. As a result, the State agrees "the DUI investigation and resulting arrest were illegal." We accept the State's confession of error, reverse Wu's conviction, and remand with instructions for the county court to vacate Wu's conviction.

*Reversed and remanded.*

GERBER, FORST and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***